UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>        Defendant. | C24-0812 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The only pending matter in this case was the motion to compel compliance with Rule 45 subpoena, docket no. 23, which has now been withdrawn by Movant, *see* docket no. 31. There being no other matters before the Court in this case, this case is CLOSED.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 30th day of August, 2024.

                                                                   Ravi Subramanian
                                                                   Clerk

                                                                   s/Laurie Cuaresma
                                                                   Deputy Clerk

MINUTE ORDER - 1